IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARY JO CURRIE and
ADOLPHUS CURRIE,

    Plaintiffs,

vs.                                  CASE NO. 1:05-CV-099-SPM

DOLLAR GENERAL CORPORATION,
a Tennessee corporation,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** comes before the Court upon the "Mediator's Report" (doc. 20) filed on November 10, 2005, which advises that the parties have settled all issues to their satisfaction. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this <u>fourteenth</u> day of November, 2005.

                                    *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge

/pao